# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GARY LEON WEBSTER**  **PLAINTIFF**
**ADC #114018**

**VS.**                          **4:21-cv-00264 BRW**

**ASTRAZENECA PHARMA**                       **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 6th day of April, 2021.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE